# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EHIMAREY OKPERE | § | |
| | § | |
| v. | § | Civil Action No. 4:22-cv-3764 |
| | § | |
| MAERSK LINE, LIMITED | § | |

## INDEX OF ALL MATTERS FILED WITH NOTICE OF REMOVAL

Exhibit A    Index of Matters Filed With Notice of Removal

Exhibit B    Request for Issuance of Servicer for Maersk Line, Limited

Exhibit C    Civil Case Information Sheet

Exhibit D    Return of Service for Maersk Line Limited

Exhibit E    Plaintiff's Original Petition

Exhibit F    Docket Sheet

Exhibit G    A list of all counsel of record, including addresses, telephone numbers, and parties represented in the state court case

Exhibit H    A copy of the Notice of Removal to Federal Court to be filed in state court