# EXHIBIT D

COPY OF PLEADING PROVIDED BY PLT

CAUSE NO: 202257584

10/12/2022 8:14 AM
Marilyn Burgess - District Clerk Harris County
Envelope No. 69128247
By: C Ougrah
Filed: 10/12/2022 8:14 AM

RECEIPT NO: 933628 TRACKING NO: 74051261

| | |
|---|---|
| Plaintiff: | In The 133rd |
| OKPERE, EHIMAREY | Judicial District Court of |
| vs. | Harris County, Texas |
| Defendant: | 201 CAROLINE |
| MAERSK LINE LIMITED | Houston, Texas |

## CITATION CORPORATE

**THE STATE OF TEXAS**
**County of Harris**

To: **MAERSK LINE LIMITED (FOREIGN CORPORATION) MAY BE SERVED BY SERVING ITS REGISTERED AGENT CT CORPORATION SYSTEM**
**1999 BRYAN ST SUITE 900, DALLAS TX 75201-3136**

Attached is a copy of: PLAINTIFF'S ORIGINAL PETITION

This instrument was filed on September 9, 2022 in the above cited cause number and court. The instrument attached describes the claim against you.

**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your Attorney do not file a written answer with the District Clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration date of 20 days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

This citation was issued on September 13, 2022, under my hand and seal of said court.

Issued at the request of:
SHAFFER, MATTHEW D.
3200 TRAVIS 3RD FLR
HOUSTON                    , TX  77006-
713-524-3500
Bar Number: 18085600

*Marilyn Burgess*
Marilyn Burgess, District Clerk
Harris County, Texas
201 CAROLINE Houston Texas 77002
(PO Box 4651, Houston, Texas 77210)

Generated By: MONICA JACKSON

# RETURN OF SERVICE

**State of Texas**        **County of Harris**        **133rd Judicial District Court**

Case Number: 202257584

Plaintiff:
**Ehimarey Okpere**

vs.

Defendant:
**Maersk Line Limited**

Received these papers on the **7th day of October, 2022** at **5:00 pm** to be served on **Maersk Line Limited By Delivering To CT Corporation System, It's Registered Agent, 1999 Bryan Street, Suite 900, Dallas, TX 75201**.

I, Bennett Barrera, do hereby affirm that on the **10th day of October, 2022** at **12:20 pm**, I:

Delivered to: **Maersk Line Limited By Delivering To CT Corporation System, It's Registered Agent**, accepted by **Tierica Williams, Authorized To Accept**, a true copy of the **Citation with Plaintiff's Original Petition**, with the date and hour of delivery endorsed thereon, at the address of **1999 Bryan Street, Suite 900, Dallas, Texas 75201** and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, not a party to, nor have any interest in the outcome of the above numbered suit. I am certified under order of the Supreme Court of Texas to deliver citations and other notices.

## IN ACCORDANCE WITH RULE 107:

UNDER PENALTY OF PERJURY: My name is **Bennett Barrera**, my date of birth is March 29, 2001 and my address is 3300 Ivy Drive, Mesquite, TX 75150, USA.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FORGOING IS TRUE AND CORRECT.

Executed in Dallas County, State of Texas, USA, on the **11th** day of **October, 2022**.

*Bennett Barrera* (signature)
**Bennett Barrera**
PSC-20305 EXP 9/302023

Our Job Serial Number: CBR-2022000817
Ref: Okpere

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.1c