# EXHIBIT F

**HCDistrictclerk.com**      OKPERE, EHIMAREY vs. MAERSK LINE LIMITED                10/28/2022
Cause: 202257584          CDI: 7      Court: 133

## DOCUMENTS

| Number | Document | Post Jdgm | Date | Pgs |
|---|---|---|---|---|
| 104527612 | Return of Service | | 10/12/2022 | 2 |
| 103955904 | Plaintiffs Original Petition | | 09/09/2022 | 8 |
| ·> 103955905 | Civil/Family Case Information Sheet | | 09/09/2022 | 1 |
| ·> 103955906 | Request for Issuance of Service | | 09/09/2022 | 1 |