# EXHIBIT G

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| EHIMAREY OKPERE | § § § | |
| v. | § | Civil Action No. 4:22-cv-3764 |
| | § § | |
| MAERSK LINE, LIMITED | § | |

## LIST OF ALL COUNSEL OF RECORD

1. Matthew D. Shaffer

   TBA # 18085600

   Laura B. De La Cruz

   TBA # 24095300

   SCHECHTER, SHAFFER, & HARRIS, L.L.P.

   3200 Travis, Third Floor

   Houston, Texas 77006

   TEL: (713) 524-3500

   FAX: (866) 696-5610

   Mshaffer@smslegal.com

   Ldelacruz@smslegal.com

   **ATTORNEYS FOR PLAINTIFF**
   **EHIMAREY OKPERE**

2. Thomas N. Lightsey III

   Texas Bar No. 12344010

   Federal ID No. 84829

   tom.lightsey@hfw.com

   Michael J. Wray

   Federal ID No. 381651

   Texas Bar No. 24052191

   michael.wray@hfw.com

   James T. Brown

1

Texas Bar No. 03138150

Federal ID. No. 11656

jim.brown@hfw.com

Alejandro Mendez-Roman

Texas Bar No. 24102778

Federal ID No. 2295449

alex.mendez@hfw.com

HOLMAN FENWICK WILLAN USA LLP

5151 San Felipe, Suite 400

Houston, Texas 77056

Telephone: (713) 917-0888

Facsimile: (713) 953-9470

**ATTORNEYS FOR DEFENDANT MAERSK LINE, LIMITED**