# EXHIBIT H

CAUSE NO. 202257584

| | | |
|---|---|---|
| EHIMAREY OKPERE | § | IN THE DISTRICT COURT OF |
| | § | |
| v. | § | HARRIS COUNTY, TEXAS |
| | § | |
| MAERSK LINE, LIMITED | § | 133rd JUDICIAL DISTRICT |

## DEFENDANT'S NOTICE OF REMOVAL TO FEDERAL COURT

Defendant MAERSK LINE, LIMITED gives notice that the attached Notice of Removal was filed on this day in the above action in the United States District Court for the Southern District of Texas, Houston Division.

Respectfully Submitted,

**HOLMAN FENWICK WILLAN USA LLP**

/s/ *Thomas N. Lightsey III*
Thomas N. Lightsey III
Texas Bar No. 12344010
Federal ID No. 84829
tom.lightsey@hfw.com
Michael J. Wray
Federal ID No. 381651
Texas Bar No. 24052191
michael.wray@hfw.com
James T. Brown
Texas Bar No. 03138150
Federal ID. No. 11656
jim.brown@hfw.com
Alejandro Mendez-Roman
Texas Bar No. 24102778
Federal ID No. 2295449
alex.mendez@hfw.com
5151 San Felipe, Suite 400
Houston, Texas 77056
Telephone: (713) 917-0888
Facsimile: (713) 953-9470

**ATTORNEYS FOR DEFENDANT MAERSK LINE, LIMITED**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been served upon all counsel of record by electronic filing in accordance with the Texas Rules of Civil Procedure, on October _____, 2022.

/s/ *Thomas N. Lightsey III*
Thomas N. Lightsey III